UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ANGELA OVERTON**
 On behalf of her minor son, J.L.

**VERSUS**

**GARLAND S. DUPLESSIS, SR.
DISCHELLE WILLIAMS, JOHN/JANE DOE
AND THE CITY OF NEW ORLEANS**

CIVIL ACTION

NO:   24-00767

SECTION: "T" (4)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Defendant's **Motion to Dismiss (R. Doc. 14)** is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** that the Plaintiff's **Opposed Motion for Leave to File First Amended and Restated Complaint For Damages (R. Doc. 18)** is **GRANTED IN PART and DENIED IN PART.**

**IT IS ORDERED** that Plaintiff Angela Overton's request to file an Amended Complaint raising allegations regarding the excessive force claim against Defendant Garland S. Duplessis, Sr.; vicarious liability claims against the City Defendants; *Monell* claims of negligent training against the City Defendants and Director Williams in her individual capacity; direct negligence claim for negligent training and supervision against the City Defendants; and a new claim pursuant to Title II of the ADA and Section 504 of the Rehabilitation Act against all Defendants is **GRANTED, and that the City Defendants' Motion to Dismiss is DENIED as to these claims.**

**IT IS ORDERED** that Plaintiff Angela Overton's request to file an Amended Complaint raising allegations regarding the excessive force claim against Defendant Garland S. Duplessis, Sr.; vicarious liability claims against the City Defendants; *Monell* claims of negligent training against the City Defendants and Director Williams in her individual capacity; direct negligence claim for negligent training and supervision against the City Defendants; and a new claim pursuant to Title II of the ADA and Section 504 of the Rehabilitation Act against all Defendants is **GRANTED, and that the City Defendants' Motion to Dismiss is DENIED as to these claims.**

**IT IS FURTHER ORDERED** that Plaintiff Angela Overton shall **submit an Amended Complaint** consistent with this opinion **within fourteen (14) days after the signing of this Order** by the District Judge.

New Orleans, Louisiana, this __15th__ day of _____January_____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**